# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:19-CR-131 ALM |
| ROBERT ALLEN HALL | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Having received the Report of the United States Magistrate Judge, and Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Further, having conducted an independent review, the Court concludes that Defendant is competent to stand trial because Defendant is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report on Defendant's competency to stand trial is hereby **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant is competent. The speedy trial time is excluded from June 28, 2019, until the date of this Order.

**IT IS SO ORDERED.**
SIGNED this 26th day of September, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE